MCGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

SEALED

FILED
DEC 14 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America

v.

Amerika Mobley and
Benjamin Gilbert

CASE NO. 2:18-MJ-0256 AC

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

**UNDER SEAL**

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Complaint, arrest warrants, and supporting affidavit in the above-entitled proceedings shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 12/14/18

Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER                                  1